**Order entered December 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01406-CV

### CITY OF DALLAS, Appellant

### V.

### EAST VILLAGE ASSOCIATION, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-07239**

## ORDER

We **GRANT** appellant's December 12, 2014 motion to reconsider this Court's December 10, 2014 order granting it a twenty-day extension of time to file a brief. Appellant shall file its brief by **JANUARY 15, 2015**. We caution appellant that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/    ELIZABETH LANG-MIERS
       JUSTICE